# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED EDWIN PEVLER,<br><br>                Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security Administration,<br><br>                Defendant. | Case No. CV 19-10977-DOC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and Defendant has filed a Reply to the Objections. The Court has reviewed de novo the findings and recommendations of the Magistrate Judge. The Court overrules Plaintiff's Objections and accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and DISMISSING this action with prejudice.

DATED: August 31, 2020

                                                          *David O. Carter*
                                                   DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE